ACCEPTED
01-14-00556-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/2/2015 12:41:35 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00556-CV

IN THE COURT OF APPEALS FOR THE
FIRST DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/2/2015 12:41:35 PM
CHRISTOPHER A. PRINE
Clerk

MIKE BIRNBAUM and BEVERLY BIRNBAUM,
Appellants

v.

GENA J. ATWELL, PHYLLIS BROWNING, PHYLLIS BROWNING
COMPANY, and MIMI WEBER,
Appellees

On Appeal from the 166th District Court, Bexar County, Texas
Trial Court Cause Nos. 2011-CI-00445, Honorable Larry Noll presiding, and
2013-CI-15152, Honorable Peter A. Sakai, Presiding

### APPELLANTS' FIRST UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO FILE REPLY BRIEFS

**TO THE HONORABLE FIRST COURT OF APPEALS:**

Appellants MIKE BIRNBAUM AND BEVERLY BIRNBAUM file this first unopposed motion asking for an extension of time in which to file their Appellants' Reply Briefs. This suit is before this Court on appeal from the following trial court orders:

(1) March 18, 2014 Judgment (signed by the Honorable Peter Sakai, presiding judge of the 225th Judicial District Court, Bexar County, Texas in severed Cause Number 2013-CI-15152)

1

(2) Order Granting Motions for Summary Judgment of Phyllis Browning, Mimi Weber and the Phyllis Browning Company and Gena Atwell (signed on August 30, 2013 by the Honorable Larry Noll, presiding judge of the 408th Judicial District Court, Bexar County, Texas in the original Cause Number 2011-CI-00445).

Appellants' Reply Briefs are currently due to be filed on February 9, 2015. Appellants respectfully request an extension of time to file their Reply Briefs, extending the deadline until March 20, 2015. This is appellants' first request for an extension of time to file their Reply Briefs. This request is unopposed.

Good cause exists for this request. Relator's lead appellate counsel who co-authored the Appellants' Brief, Lorien Whyte, is currently on maternity leave until approximately Friday, February 20, 2014. Further, former appellate counsel, Renée McElhaney, who co-authored Appellants' Brief with Lorien Whyte was elected to and as of January 1, 2015 has assumed the position of Judge of the 150th Judicial District Court, Bexar County, Texas. Accordingly, Appellants request additional time to prepare a reply brief to each of Appellees' Briefs.

This extension is not sought for the purpose of delaying this appeal, but so that justice may be done.

**PRAYER**

Appellants MIKE BIRNBAUM AND BEVERLY BIRNBAUM respectfully pray the Court grant this first unopposed motion to file their Reply Briefs until March 20, 2015.

2

Respectfully submitted,

/s/ Lorien Whyte
Lorien Whyte
State Bar No. 24042440
lwhyte@brinandbrin.com
Brin & Brin, P.C.
6223 IH 10 West
San Antonio, Texas 78201
(210) 341-9711 telephone
(210) 341-1854 fax

**Attorney for Appellants**
**Mike and Beverly Birnbaum**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Mark Murray, counsel for appellee Gena Atwell, and Vaughan Waters, counsel for appellees Mimi Weber, Phyllis Browning, and Phyllis Browning Company, by email and both counsel responded that they are unopposed to this first motion for extension of time to file the Reply Briefs.

/s/ Lorien Whyte
Lorien Whyte

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing *Appellants' First Unopposed Motion for Extension of Time to File Reply Briefs* was this the 2nd day of February, 2015, filed in the First Court of Appeals and was forwarded via electronic service to counsel of record as follows:

S. Mark Murray
Ford Murray, PLLC
10001 Reunion Place, Suite 640
San Antonio, Texas 78216

Vaughan E. Waters
Thornton, Biechlin, Segrato,
Reynolds & Guerra, LC
100 NE Loop 410, 5th Floor
San Antonio, Texas 78216

_/s/ Lorien Whyte_
Lorien Whyte